**O+Z** | Oppenheim
+ Zebrak, LLP

Dan Seymour
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 499-6723 | dan@oandzlaw.com

July 26, 2019

<u>**Via Email Only**</u>

Justin Paine
Cloudflare
101 Townsend Street
Legal Department
San Francisco, CA  94107
Phone: (650) 319-8930
Email: abuse@cloudflare.com

Re:   <u>Notice of Copyright Infringement / Cloudflare Services</u>

Dear Sir or Madam:

1. <u>Demand for expeditious take-down</u>

I write you on behalf of McGraw-Hill Global Education Holdings, LLC ("MHE"), Elsevier Inc. ("Elsevier"), Pearson Education, Inc. ("Pearson"), Bedford Freeman & Worth Publishing Group, LLC ("Macmillan Learning"), and Cengage Learning, Inc. ("Cengage") (collectively, the "Publishers").  We have information that certain websites are using Cloudflare's services to sell infringing digital copies of Publishers' copyrighted works.  Exhibit A is a non-exhaustive list of the websites that we recently found selling infringing digital copies of Publishers' copyrighted works (not physical books), including digital textbooks, solutions manuals, and/or test banks.  Exhibit A contains the website, followed by a non-exhaustive, representative list of offending URLs, the Title of the infringed work, and the Publisher. These and other copies are being made and sold without authorization of the copyright owner or exclusive licensee.  Please expeditiously remove and/or disable access to the material.

2. <u>Statement of authority</u>

I state that I have a good faith belief that the use of the works listed in Exhibit A is not authorized by the copyright owners, its agent or the law, and that the information in this notice and Exhibit A is accurate.   I swear, under penalty of perjury, that I am authorized to act on behalf of the Publishers who are the copyright owner or who have an exclusive right that is allegedly infringed.

**O+Z** | Oppenheim
+ Zebrak, LLP

Dan Seymour
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 499-6723 | dan@oandzlaw.com

This notice is not a complete statement of Publisher's rights in connection with this matter, and nothing herein shall be construed as any limitation or waiver as to any of the Publishers' rights, claims and/or remedies that may be applicable, each of which is expressly reserved.

Sincerely,

Dan Seymour
Specialist, IP Enforcement

On behalf of: McGraw-Hill Global Education Holdings, LLC ("MHE"), Elsevier Inc. ("Elsevier"), Pearson Education, Inc. ("Pearson"), Bedford Freeman & Worth Publishing Group, LLC ("Macmillan Learning"), and Cengage Learning, Inc. ("Cengage").

| Exhibit A | | |
|---|---|---|
| testbankclick.com | | |
| https://testbankclick.com/s/accounting-26th-edition-warren-solutions-manual/ | Accounting 26th Edition | Cengage |
| https://testbankclick.com/s/accounting-governmental-nonprofit-entities-17th-edition-reck-test-bank/ | Accounting for Governmental and Nonprofit Entities 17th Edition | MHE |
| https://testbankclick.com/s/abnormal-psychology-changing-world-10th-edition-nevid-solutions-manual/ | Abnormal Psychology in a Changing World 10th Edition | Pearson |
| https://testbankclick.com/s/exploring-psychology-10th-edition-myers-test-bank/ | Exploring Psychology 10th Edition | Macmillan Learning |
| https://testbankclick.com/s/clinical-nursing-skills-techniques-8th-edition-perry-test-bank/ | Clinical Nursing Skills and Techniques 8th Edition | Elsevier |
| | | |
| testbankonly.com | | |
| https://testbankonly.com/test-bank/a-childs-world-13th-edition-martorell-test-bank/ | A Childs World 13th Edition | MHE |
| https://testbankonly.com/test-bank/introduction-to-clinical-pharmacology-7th-edition-edmunds-test-bank/ | Introduction to Clinical Pharmacology 7th Edition | Elsevier |
| https://testbankonly.com/test-bank/an-introduction-to-the-history-of-psychology-7th-edition-hergenhahn-test-bank/ | An Introduction to the History of Psychology 7th Edition | Cengage |
| https://testbankonly.com/test-bank/abnormal-psychology-7th-edition-oltmanns-test-bank/ | Abnormal Psychology 7th Edition | Pearson |
| | | |
| boostgrade.info | | |
| https://boostgrade.info/jarvis-physical-examination-health-assessment-7th-edition/ | Physical Examination and Health Assessment | Elsevier |
| https://boostgrade.info/2015-microbiology-an-introduction-12th-edition/ | Microbiology: An Introduction | Pearson |
| | | |
| nursingstudentshelp.com | | |
| https://nursingstudentshelp.com/fundamental-of-nursing-edition-8/ | Fundamentals of Nursing Edition 8 | Elsevier |
| | | |
| nursingtestbank.info | | |
| https://nursingtestbank.info/medical-surgical-7/ | Medical Surgical Nursing 7th Edition | Elsevier |
| | | |
| nursingtestbank0.info | | |
| https://nursingtestbank0.info/fundamental-of-nursing-edition-8/ | Fundamentals of Nursing | Elsevier |
| | | |
| realnursingtestbank.com | | |

| | | |
|---|---|---|
| https://realnursingtestbank.com/jarvis-physical-examination-health-assessment-7th-edition/ | Jarvis: Physical Examination & Health Assessment, 7th Edition | Elsevier |
| https://realnursingtestbank.com/nccbleb-nursing-a-concept-based-approach-to-learning/ | Nursing A Concept-Based Approach to Learning | Pearson |
| | | |
| testbankclasses.com | | |
| https://testbankclasses.com/product/test-bank-for-auditing-assurance-services-a-systematic-approach-10th-edition-by-messier-jr-william-glover-steven-prawitt-douglas/ | Auditing & Assurance Services: A Systematic Approach 10th Edition | MHE |
| https://testbankclasses.com/product/solution-manual-pearsons-federal-taxation-2019-corporations-timothy-j-rupert-kenneth-e-anderson/ | Pearson's Federal Taxation 2019 Corporations | Pearson |
| https://testbankclasses.com/product/test-bank-management-information-security-6th-edition-michael-e-whitman-herbert-j-mattord/ | Management of Information Security 6th edition | Cengage |
| https://testbankclasses.com/product/solution-manual-for-computer-organization-and-design-5th-edition-the-hardwaresoftware-interface-by-david-a-patterson-john-l-hennessy/ | Computer Organization and Design, 5th Edition | Elsevier |
| | | |
| testbankpaper.com | | |
| https://testbankpaper.com/shop/test-bank-management-information-security-6th-edition-michael-e-whitman-herbert-j-mattord/ | Information Security 6th edition | Cengage |
| https://testbankpaper.com/shop/test-bank-anatomy-physiology-unity-form-function-8th-edition-kenneth-saladin/ | Anatomy & Physiology The Unity of Form and Function 8th Edition | MHE |
| https://testbankpaper.com/shop/solution-manual-for-computer-organization-and-design-5th-edition-the-hardwaresoftware-interface-by-david-a-patterson-john-l-hennessy/ | Computer Organization and Design, 5th Edition | Elsevier |
| https://testbankpaper.com/shop/solution-manual-for-understanding-financial-statements-11th-edition-fraser-ormiston/ | Understanding Financial Statements 11th Edition | Pearson |
| | | |
| testbankpass.com | | |
| https://testbankpass.com/product/test-bank-for-auditing-assurance-services-a-systematic-approach-10th-edition-by-messier-jr-william-glover-steven-prawitt-douglas/ | Auditing & Assurance Services: A Systematic Approach 10th Edition | MHE |
| https://testbankpass.com/product/solution-manual-instructors-manual-for-management-of-information-security-4th-by-michael-e-whitman-herbert-j-mattord/ | Management of Information Security, 4th | Cengage |

| | | |
|---|---|---|
| https://testbankpass.com/product/test-bank-for-business-communication-essentials-6th-edition-by-courtland-isbn-10-0133098826-isbn-13-9780133098822/ | Business Communication Essentials 6th edition | Pearson |
| https://testbankpass.com/product/solution-manual-for-computer-organization-and-design-5th-edition-the-hardwaresoftware-interface-by-david-a-patterson-john-l-hennessy/ | Computer Organization and Design, 5th Edition | Elsevier |
| | | |
| testbankquestions.com | | |
| https://testbankquestions.com/shop/test-bank-for-management-of-information-security-6th-edition-michael-e-whitman-herbert-j-mattord/ | Management of Information Security 6th edition | Cengage |
| https://testbankquestions.com/shop/test-bank-for-anatomy-physiology-the-unity-of-form-and-function-8th-edition-by-kenneth-saladin/ | Anatomy & Physiology The Unity of Form and Function 8th Edition | MHE |
| https://testbankquestions.com/shop/test-bank-for-pearsons-federal-taxation-2019-individuals-32nd-edition-by-timothy-j-rupert-kenneth-e-anderson/ | Pearson's Federal Taxation 2019 Individuals 32nd Edition | Pearson |
| https://testbankquestions.com/shop/test-bank-for-contemporary-nursing-6th-edition-by-barbara-cherry-susan-r-jacob/ | Contemporary Nursing, 6th Edition | Elsevier |
| | | |
| testbankdocs.com | | |
| https://testbankdocs.com/shop/test-bank-physical-examination-health-assessment-7th-jarvis/ | PHYSICAL EXAMINATION & HEALTH ASSESSMENT 7TH EDITION | Elsevier |
| https://testbankdocs.com/shop/solution-manual-cost-accounting-14th-horngren/ | COST ACCOUNTING 14TH EDTION | Pearson |
| https://testbankdocs.com/shop/test-bank-accounting-what-numbers-mean-10th-david/ | ACCOUNTING: WHAT THE NUMBERS MEAN, 10TH EDITION | MHE |
| https://testbankdocs.com/shop/solution-manual-intermediate-accounting-18th-stice/ | INTERMEDIATE ACCOUNTING 18TH EDITION | Cengage |
| | | |
| testbanksuccess.com | | |
| https://testbanksuccess.com/shop/test-bank-macro-economy-today-14e-bradley/ | Test Bank for The Macro Economy Today, 14 Edition | MHE |
| https://testbanksuccess.com/shop/test-bank-operations-management-11th-heizer/ | Test Bank for Operations Management, 11E, Global Edition | Pearson |
| https://testbanksuccess.com/shop/mr2-2nd-test-bank/ | Test Bank for MR2 – 2nd Edition | Cengage |
| https://testbanksuccess.com/shop/test-bank-clinical-nursing-skills-techniques-8th-perry/ | Test Bank for Clinical Nursing Skills and Techniques 8E | Elsevier |
| | | |
| testbankking.com | | |

| | | |
|---|---|---|
| https://testbankking.com/TEST-BANK-ZOOLOGY-10TH-EDITION-MILLER | ZOOLOGY 10TH EDITION | MHE |
| https://testbankking.com/TEST-BANK-ACCOUNTING-26TH-EDITION-WARREN | ACCOUNTING 26TH EDITION | Cengage |
| https://testbankking.com/TEST-BANK-CLINICAL-NURSING-SKILLS-AND-TECHNIQUES-8TH-EDITION-PERRY | CLINICAL NURSING SKILLS AND TECHNIQUES 8TH EDITION | Elsevier |
| https://testbankking.com/TEST-BANK-CAMPBELL-BIOLOGY-10TH-EDITION-REECE | CAMPBELL BIOLOGY 10TH EDITION | Pearson |
| | | |
| nursingtestbanks.co | | |
| https://nursingtestbanks.co/product/adult-health-nursing-7th-edition-cooper-gosnell-t-b-2/ | Adult Health Nursing 7th Edition | Elsevier |
| https://nursingtestbanks.co/product/anatomy-and-physiology-an-integrative-approach-2nd-edition-mckinley-test-bank/ | Anatomy & Physiology an Integrative Approach 2nd Edition | MHE |
| https://nursingtestbanks.co/product/introduction-psychological-science-2nd-edition-canadian-krause-t-b/ | An Introduction to Psychological Science 2nd edition Canadian Krause Test Bank | Pearson |
| | | |
| audiobooksbookshop.com | | |
| https://audiobooksbookshop.com/product/a-topical-approach-to-lifespan-development-8th-edition-ebook/ | A Topical Approach to Lifespan Development | MHE |
| https://audiobooksbookshop.com/product/abnormal-psychology-9th-edition-ebook/ | Abnormal Psychology Ninth Edition | Macmillan Learning |
| https://audiobooksbookshop.com/product/abnormal-psychology-a-scientist-practitioner-approach-4th-edition-ebook/ | Abnormal Psychology A Scientist Practitioner Approach 4th Edition | Pearson |
| https://audiobooksbookshop.com/product/abnormal-psychology-an-integrative-approach-7th-edition-ebook/ | Abnormal Psychology an Integrative Approach 7th Edition | Cengage |
| https://audiobooksbookshop.com/product/clinical-companion-for-fundamentals-of-nursing-just-the-facts-9th-edition-ebook/ | Fundamentals of Nursing Just the Facts Edition 9 | Elsevier |
| | | |
| ebooks4class.com | | |
| https://ebooks4class.com/product/abnormal-psychology-an-integrative-approach-7th-edition-pdf-etextbook/ | Abnormal Psychology | Cengage |
| https://ebooks4class.com/product/abnormal-psychology-a-scientist-practitioner-approach-4th-edition-by-beidel-pdf-etextbook/ | Abnormal Psychology | Pearson |
| https://ebooks4class.com/product/strategic-management-3rd-edition-frank-rothaermel-2016-9781259420474/ | Strategic Management | MHE |
| | | |

| | | |
|---|---|---|
| ebooksforclass.com | | |
| https://ebooksforclass.com/product/abnormal-psychology-an-integrative-approach-7th-edition-pdf-etextbook/ | Abnormal Psychology | Cengage |
| https://ebooksforclass.com/product/strategic-management-3rd-edition-frank-rothaermel-2016-9781259420474/ | Strategic Management | MHE |
| https://ebooksforclass.com/product/international-economics-global-7th-edition-james-gerber-pdf-etextbook/ | International Economics | Pearson |
| ebooksforcollege.com | | |
| https://ebooksforcollege.com/product/abnormal-psychology-an-integrative-approach-7th-edition-pdf-etextbook/ | Abnormal Psychology | Cengage |
| https://ebooksforcollege.com/product/strategic-management-3rd-edition-frank-rothaermel-2016-9781259420474/ | Strategic Management | MHE |
| https://ebooksforcollege.com/product/abnormal-psychology-a-scientist-practitioner-approach-4th-edition-by-beidel-pdf-etextbook/ | Abnormal Psychology | Pearson |
| ebookair.com | | |
| https://www.ebookair.com/fundamentals-of-management-7th-canadian-MTFwZWFyc29u-pdf-ebookMTFlQm9va0Fpci5jb20 | Fundamentals of Management | Pearson |
| https://www.ebookair.com/human-physiology-14th-MTFtY2dyYXc---pdf-ebook-htmlMTFlQm9va0Fpci5jb20 | Human Physiology | MHE |
| https://www.ebookair.com/trigonometry-9th-MTFjZW5nYWdl-pdf-ebookMTFlQm9va0Fpci5jb20 | Introduction to Statistics and Data Analysis | Cengage |
| | | |
| elibraryforclass.com | | |
| https://elibraryforclass.com/product/derivatives-the-mcgraw-hill-irwin-series-in-finance-insureance-and-real-estate-2nd-edition-ebook-pdf-version/ | Derivatives | MHE |
| https://elibraryforclass.com/product/a-concise-introduction-to-logic-mindtap-course-list-12th-edition-ebook-pdf-version/ | A Concise Introduction to Logic | Cengage |
| | | |
| onekickshop.com | | |
| https://onekickshop.com/product/textbook-of-veterinary-internal-medicine-ebook-8th-edition-ebook-pdf-version/ | Textbook of Veterinary Internal Medicine | Elsevier |

| | | |
|---|---|---|
| https://onekickshop.com/product/java-programming-8th-edition-ebook-pdf-version/ | Java Programming 8th Edition | Cengage |
| https://onekickshop.com/product/case-files-neurology-third-edition-3rd-edition-ebook-pdf-version/ | Case Files Neurology, Third Edition 3rd Edition | MHE |
| acetxt.com | | |
| https://acetxt.com/ebook/solution-manual-corporate-finance-principles-and-practice-7th-7e/ | Corporate Finance Principles and Practice | Pearson |
| https://acetxt.com/ebook/solution-manual-financial-reporting-and-analysis-7th-7e/ | Financial Reporting and Analysis | MHE |
| https://acetxt.com/ebook/health-psychology-an-introduction-to-behavior-and-health-9th-9e/ | Health Psychology | Cengage |
| https://acetxt.com/ebook/atlas-of-human-anatomy-7th-7e-frank-netter/ | Atlas of Human Anatomy | Elsevier |
| https://acetxt.com/ebook/experiencing-the-lifespan-4th-4e-janet-belsky/ | Experiencing the Lifespan | Macmillan Learning |
| duranbook.com | | |
| https://duranbook.com/shop/taxation-of-individuals-and-business-entities-2019-edition-10th-edition/ | Taxation of Individuals and Business Entities | MHE |
| https://duranbook.com/shop/kalat-biological-psychology-12th-edition-pdf-ebook/ | Biological Psychology | Cengage |
| https://duranbook.com/shop/invitation-to-the-life-span-3rd-edition-ebook/ | Invitation to the Lifespan | Macmillan Learning |
| ebook-bestseller.com | | |
| https://ebook-bestseller.com/product/2015-international-building-code-illustrated-handbook-1st-edition-2015-ebook-pdf-version/ | 2015 International Building Code Illustrated Handbook- 1st Edition | MHE |
| https://ebook-bestseller.com/product/admission-assessment-exam-review-4th-edition-pdf-version-ctgl/ | Admission Assessment Exam Review 4th Edition | Elsevier |
| https://ebook-bestseller.com/product/exploring-psychology-10th-with-pdf-version-ctgl/ | Exploring Psychology | Macmillan Learning |
| https://ebook-bestseller.com/product/social-psychology-9th-edition/ | Social Psychology 9th Edition | Pearson |
| https://ebook-bestseller.com/product/cengage-advantage-books-law-for-business-18th-edition-ebook-pdf-version/ | Cengage Advantage Books: Law for Business 18th Edition | Cengage |
| elibrarycenter.com | | |
| https://elibrarycenter.com/product/essential-calculus-early-transcendentals-2nd-edition-ebook-pdf-version/ | Essential Calculus: Early Transcendentals 2nd Edition | Cengage |

| | | |
|---|---|---|
| https://elibrarycenter.com/product/atlas-of-human-anatomy-e-book-netter-basic-science-7th-edition-ebook-pdf-version/#comment-148369 | Atlas of Human Anatomy | Elsevier |
| https://elibrarycenter.com/product/business-in-action-8th-edition-ebook-pdf-version/#comment-138373 | Business in Action | Pearson |
| https://elibrarycenter.com/product/microsoft-office-word-2016-manual-for-gregg-college-keyboarding-document-processing-gdp-11th-edition-ebook-pdf-version/ | Microsoft Office Word 2016 Manual for Gregg College Keyboarding & Document Processing (GDP) 11th Edition | MHE |
| | | |
| etextbookguru.com | | |
| https://etextbookguru.com/index.php/product/human-anatomy-4th-edition/ | Human Anatomy 4th Edition | MHE |
| https://etextbookguru.com/index.php/product/pdf-ebook-chemistry-for-changing-times-14th-edition-by-john-w-hill-and-terry-w-mccreary/ | Chemistry for Changing Times 14th Edition | Pearson |
| https://etextbookguru.com/index.php/product/pdf-ebook-essentials-of-economics-7th-edition-by-n-gregory-mankiw/ | Essentials of Economics 7th Edition | Cengage |
| https://etextbookguru.com/index.php/product/pdf-ebook-study-guide-for-maternal-child-nursing-care-5th-edition/ | Maternal Child Nursing Care 5th Edition | Elsevier |
| | | |
| testbank.asia | | |
| https://www.testbank.asia/p/test_bank_an_introduction_the_history_psychology_7th_edition_hergenhahn/ | An Introduction to the History of Psychology 7th Edition | Cengage |
| https://www.testbank.asia/p/test_bank_abnormal_psychology_plus_new_mypsychlab_15th_edition_butcher/ | Abnormal Psychology 15th Edition | Pearson |
| https://www.testbank.asia/p/test_bank_abnormal_psychology_clinical_perspectives_psychological_disorders_7th_edition_whitbourne/ | Abnormal Psychology Clinical Perspectives on Psychological Disorders 7th Edition | MHE |
| https://www.testbank.asia/p/test_bank_lehninger_principles_biochemistry_6th_edition_nelson/ | Lehninger Principles of Biochemistry 6th Edition | Macmillan Learning |
| https://www.testbank.asia/p/test_bank_clinical_nursing_skills_techniques_8th_edition_perry/ | Clinical Nursing Skills and Techniques 8th Edition | Elsevier |
| | | |
| testbankbooks.com | | |
| https://testbankbooks.com/item/solutions-manual-the-physics-of-sports-1st-edition-lisa/ | The Physics of Sports 1st Edition | MHE |
| https://testbankbooks.com/item/test-bank-psychology-life-20th-edition-gerrig/ | Psychology and Life 20th Edition | Pearson |
| https://testbankbooks.com/item/test-bank-lehninger-principles-of-biochemistry-5th-edition-nelson/ | Lehninger Principles of Biochemistry 5th Edition | Macmillan Learning |

| | | |
|---|---|---|
| https://testbankbooks.com/item/test-bank-medical-surgical-nursing-9th-edition-lewis/ | Medical-Surgical Nursing 9th Edition | Elsevier |
| https://testbankbooks.com/item/solutions-manual-supply-chain-management-a-logistics-perspective-10th-edition-coyle/ | Supply Chain Management A Logistics Perspective 10th Edition | Cengage |
| | | |
| testbankcloud.com | | |
| https://testbankcloud.com/s/3-2-1-code-it-5th-edition-solutions-by-green/ | 3 2 1 Code It 5th Edition | Cengage |
| https://testbankcloud.com/s/abnormal-psychology-6th-edition-test-bank-by-nolen-hoeksema/ | Abnormal Psychology 6th Edition | MHE |
| https://testbankcloud.com/s/abnormal-psychology-a-scientist-practitioner-approach-4th-edition-solutions-by-beidel/ | Abnormal Psychology A Scientist Practitioner Approach 4th Edition | Pearson |
| | | |
| testbankforclass.com | | |
| https://testbankforclass.com/product/test-bank-for-a-topical-approach-to-lifespan-development-bb-psychology-8th-edition-pdf-docs-version/ | A Topical Approach to Lifespan Development | MHE |
| https://testbankforclass.com/product/test-bank-for-abnormal-psychology-ninth-edition-pdf-docs-version/ | Abnormal Psychology Ninth Edition | Macmillan Learning |
| https://testbankforclass.com/product/test-bank-for-absolute-java-plus-myprogramminglab-with-pearson-etext-access-card-package-5th-edition-5th-edition-pdf-docs-version/ | Absolute Java | Pearson |
| https://testbankforclass.com/product/test-bank-for-accounting-text-only-26th-edition-pdf-docs-version/ | Accounting 26th | Cengage |
| zlibraryextra.com | | |
| https://zlibraryextra.com/product/13-steps-to-manufacturing-in-china-the-definitive-guide-to-opening-a-plant-from-site-location-to-plant-start-up-2012th-edition-ebook-pdf-version/ | 13 Steps to Manufacturing in China: The Definitive Guide to Opening a Plant, From Site Location to Plant Start-Up 2012th Edition | Macmillan Learning |
| https://zlibraryextra.com/product/a-first-course-in-differential-equations-with-modeling-applications-10th-edition-ebook-pdf-version/ | A First Course in Differential Equations with Modeling Applications 10th Edition | Cengage |
| https://zlibraryextra.com/product/12-lead-ecg-for-acute-and-critical-care-providers-1st-edition-ebook-pdf-version/ | 12-Lead ECG for Acute and Critical Care Providers 1st Edition | Pearson |
| https://zlibraryextra.com/product/150-things-you-should-know-about-security-2nd-edition-ebook-pdf-version/ | 150 Things You Should Know about Security 2nd Edition | Elsevier |

| | | |
|---|---|---|
| https://zlibraryextra.com/product/a-childs-world-infancy-through-adolescence-13th-edition-ebook-pdf-version/ | A Child's World: Infancy Through Adolescence 13th Edition | MHE |