IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: DMCA SUBPOENA         )
To Cloudflare, Inc.          )

## DECLARATION OF SCOTT A. ZEBRAK

I, Scott A. Zebrak, declare and testify as follows:

1. I am a member of Oppenheim + Zebrak, LLP, and am admitted to practice law in the District of Columbia, among other jurisdictions. I represent Cengage Learning, Inc., Elsevier Inc., Bedford, Freeman & Worth Publishing Group, LLC d/b/a Macmillan Learning, McGraw-Hill Global Education Holdings, LLC, and Pearson Education, Inc.

2. On behalf of the clients described above, I am seeking a subpoena pursuant to 17 U.S.C. § 512(h) to identify the person(s) infringing my clients' copyrighted works, as identified in the 512(c)(3)(A) notification accompanying this declaration.

3. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers and the information obtained therefrom will only be used for the purpose of protecting rights under the Copyright Act.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 26, 2019, in Washington, DC.

_____
Scott A. Zebrak
D. Md. Bar Number 17741